ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BART MILL MECHANICAL, etc.<br><br>　　　　　　Defendant. | NO.  C 07 5441 SI<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DUANE TURNER, TRUSTEE, hereby apply _ex parte_ for an order to continue the Case Management Conference from February 1, 2008 to May 9, 2008.

　　　　This _ex parte_ application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

　　　　Dated: January 29, 2008

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　　By:/s/ Michael J. Carroll
　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE　　　1