1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 07 5441 SI
   WORKERS, et al.,                    )
12                                     )   ORDER TO CONTINUE CASE
                       Plaintiffs,     )   MANAGEMENT CONFERENCE
13                                     )
              vs.                      )
14                                     )
                                       )
15 BART MILL MECHANICAL, etc.          )
                                       )
16                                     )
                                       )
17                     Defendant.      )
   _____)
18
          IT IS ORDERED that the Case Management Conference in this
19
   case set for February 1, 2008 be continued to May 9, 2008 at 2:00 p.m.
20
   in Courtroom No. Courtroom 10, 19th Floor, 450 Golden Gate Avenue,
21
   San Francisco, CA  94102
22
   Dated:_____            _____
23                                     Honorable Susan Illston

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE