```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>       Plaintiffs, <br><br>       vs. <br><br> BART MILL MECHANICAL, etc. <br><br>       Defendant. | NO.  C 07 5441 SI <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for February 1, 2008 be continued to May 9, 2008 at 2:00 p.m. in Courtroom No. Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102

Dated:_____      _____
                                Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE