ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SHEET METAL WORKERS et al.**  Plaintiffs, vs. **BART MILL MECHANICAL, a California corporation**  Defendant. | NO. C 07 5441 SI  **PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendant, BART MILL MECHANICAL, a California corporation, has been entered by the Clerk of the Court on _____.

Date:_____          Richard W. Wieking, Clerk

By: _____
         Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**          1