**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

April 22, 2008

RE:  CV 07-05441 SI    BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA-v- BART MILL MECHANICAL

Default is entered as to defendant Bart Mill Mechanical on April 22, 2008.

RICHARD W. WIEKING, Clerk
 /s/

byYumiko Saito
Case Systems Administrator

NDC TR-4  Rev. 3/89