```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BART MILL MECHANICAL, etc.<br><br>Defendant. | NO.  C 07 5441 SI<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      Plaintiffs, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL LOCAL 162 VACATION, HOLIDAY SAVINGS PLAN; DUANE TURNER, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from May 9, 2008 to July 11, 2008.

      This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

      Dated: April 25, 2008

                                Respectfully submitted,

                                ERSKINE & TULLEY

                                By:/s/ Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiffs