1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 5441 SI
   METAL WORKERS, et al.             )
12                                   )
                     Plaintiff,      )
13                                   )    ORDER TO CONTINUE CASE
           vs.                       )    MANAGEMENT CONFERENCE
14                                   )
   BART MILL MECHANICAL, INC., etc.  )
15                                   )
                     Defendant.      )
16 _____    )

17

18         IT IS ORDERED that the Case Management Conference in this

19 case originally set for May 9, 2008 be continued to July 11, 2008 at

20 2:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

   Dated:_____    _____
22                                  Honorable Susan Illston

23

24

25

26

27

28