```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE SHEET    )   NO. C 07 5441 SI
    METAL WORKERS, et al.             )
12                                    )
                   Plaintiff,         )
13                                    )   ORDER TO CONTINUE CASE
              vs.                     )   MANAGEMENT CONFERENCE
14                                    )
    BART MILL MECHANICAL, INC., etc.  )
15                                    )
                   Defendant.         )
16  _____)
17
            IT IS ORDERED that the Case Management Conference in this
18
    case originally set for May 9, 2008 be continued to July 11, 2008 at
19
    2:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San
20
    Francisco, CA.
21
    Dated:_____        _____
22                                  Honorable Susan Illston
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1