ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>DAVID BARTLEY AND JASON MILLS, individually and doing business as BART MILL MECHANICAL; BART MILL MECHANICAL, a partnership<br><br>　　　　　　　　Defendant. | NO.  C 07 5441 SI<br><br>EX PARTE APPLICATION TO FILE A SECOND AMENDED COMPLAINT<br>[FRCP 15(a)(2)] |

　　　　Michael J. Carroll, attorney for plaintiffs submits this ex parte application to file a Second Amended Complaint on the following.

　　　　1.　The original complaint was filed October 7, 2007.

　　　　2.　I discovered that the named individual plaintiff, was Duane Turner instead of Dennis Canevari.  This was a scrivener's error.  Mr. Turner had retired and been replaced by Mr. Canevari.  A First Amended Complaint correcting this mistake was filed December 13, 2007.  The Complaint was served and a default entered on April 22, 2008.

　　　　3.　Last week I discovered that at all times pertinent to this case, the principals of the business, Mr. Bartley and Mr. Mills have been operating as a partnership, not as a corporation.

EX PARTE APPLCTN TO FILE A SECOND AMENDED COMPLAINT　　　　1

1        4.    Efiled herewith is a (Proposed) Second Amended Complaint naming the correct parties.

2        5.    Plaintiffs respectfully request that the Proposed form be accepted and a new summons be issued.

Dated:    June 16, 2008

Respectfully submitted,
ERSKINE & TULLEY

By: _____
Michael J. Carroll
Attorneys for Plaintiffs

EX PARTE APPLCTN TO FILE A SECOND AMENDED COMPLAINT                    2