```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DAVID BARTLEY AND JASON MILLS, individually and doing business as BART MILL MECHNICAL; BART MILL MECHANICAL, a partnership<br><br>    Defendant. | NO.  C 07 5441 SI<br><br>ORDER ALLOWING THE FILING OF A SECOND AMENDED COMPLAINT |

  Good Cause appearing it is ordered that the proposed form of Second Amended Complaint efiled June 16, 2008, be deemed filed and a summons be issued.

Dated:_____        _____
                         Honorable Susan Illston

ORDER ALLOWING THE FILING OF A SECOND AMENDED COMPLAINT