# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS HEALTH CARE PLAN OF NORTHERN
CALIFORNIA, SHEET METAL WORKERS PENSION
TRUST OF NORTHERN CALIFORNIA, SHEET
METAL WORKERS LOCAL 162 VACATION,
HOLIDAY SAVINGS PLAN; DENNIS CANEVARI,
TRUSTEE,              V.

DAVID BARTLEY AND JASON MILLS, individually
and doing business as BART MILL MECHANICAL,
BART MILL MECHANICAL, a partnership

SECOND AMENDED
SUMMONS IN A CIVIL CASE

CASE NUMBER: C07-5441 SI

TO: (Name and address of defendant:)

David Bartley
3790 Omec Circle #B
Rancho Cordova, CA 95742

Jason Mills
3790 Omec Circle #B
Rancho Cordova, CA 95742

Bart Mill Mechanical, a partnership
3790 Omec Circle #B
Rancho Cordova, CA 95742

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL  (State Bar#50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Phone:  (415) 392-5431

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  2 0 JUN 2008

YUMIKO SAITO

(BY) DEPUTY CLERK