1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5


               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA


BOARD OF TRUSTEES OF THE SHEET   )   NO. C 07 5441 SI
METAL WORKERS, et al.            )
                 Plaintiff,      )   DECLARATION OF ATTORNEY
                                 )   MICHAEL J. CARROLL
         vs.                     )   IN SUPPORT OF PLAINTIFF'S
                                 )   EX PARTE APPLICATION FOR
BART MILL MECHANICAL, etc.       )   ORDER TO CONTINUE CASE
                                 )   MANAGEMENT CONFERENCE
                 Defendant.      )
_____)

         I, MICHAEL J. CARROLL, certify:

         1.   I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs in this action. I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

         2.   An order allowing the filing of a second amended complaint was signed by the Court on June 19, 2008.  It is presently out for service.

         3.   It is requested that the Court continue the Case Management Conference some sixty days hence so that service can be

DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                                             1

1 accomplished.

2     4.  Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for July 11, 2008 to September 12, 2008 to allow the parties time to settle this case and avoid any unnecessary burden to the Court.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Executed on July 7, 2008 at San Francisco, California.

                      /s/ Michael J. Carroll
                        Michael J. Carroll

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On July 7, 2008 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Bart Mill Mechanical
Mary Ann Silva
3790 Omec Circle, Suite B
Rancho Cordova, CA 95742

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008 at San Francisco, California.

                                      <u>/s/Sharon Eastman</u>
                                      Sharon Eastman