1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )   NO.  C 07 5441 SI
   WORKERS, et al.,                     )
12                                      )   ORDER TO CONTINUE CASE
                       Plaintiffs,      )   MANAGEMENT CONFERENCE
13                                      )
            vs.                         )
14                                      )
                                        )
15 BART MILL MECHANICAL, etc.,          )
                                        )
16                                      )
                       Defendant.       )
17 _____)

18         IT IS ORDERED that the Case Management Conference in this

19 case set for July 11, 2008 be continued to September 12, 2008 at 2:00

20 p.m. in Courtroom No. Courtroom 10, 19th Floor, 450 Golden Gate

21 Avenue, San Francisco, CA  94102

22 Dated:_____          _____
                                         Honorable Susan Illston
23

24

25

26

27

28


ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE