```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVID BARTLEY AND JASON MILLS, individually and doing business as BART MILL MECHANICAL; BART MILL MECHANICAL, a partnership<br><br>　　　　　　Defendant. | NO.  C 07 5441 SI<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　IT IS ORDERED that the Case Management Conference in this case set for September 22, 2008 be continued to December ~~22~~ 19, 2008 at 2:00 p.m. in Courtroom No. Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:_____　　　　9/18/08 Wm. Alsup for
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE