ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BARTLEY AND JASON MILLS, et al.,<br><br>Defendant. | NO. C 07 5441 SI<br>(AND RELATED CASE)<br>NO. C 08 4858 SI<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for April 24, 2009 be continued to July 31, 2009 at 3:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                 Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1